# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| TRACY PRITCHETT, | : |
| Plaintiff, | : |
| vs. | :   CA 15-0044-C |
| CAROLYN W. COLVIN, | : |
| Acting Commissioner of Social Security, | |
| | : |
| Defendant. | |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying plaintiff benefits be affirmed.

**DONE** this the 8th day of October, 2015.

 s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**